**RADIO SYSTEMS CORPORATION, Innotek, Inc., Plaintiffs–Appellees**

v.

**Tom LALOR, Defendant–Appellant.**

**No. 2015–1311.**

United States Court of Appeals, Federal Circuit.

Jan. 15, 2016.

Roy Bradford Brittian, Merchant & Gould, PC, Knoxville, TN, argued for plaintiffs-appellees. Also represented by John T. Winemiller, Ian G. McFarland; Rachel C. Hughey, Minneapolis, MN.

Philip P. Mann, Mann Law Group, Seattle, WA, argued for defendant-appellant. Also represented by Timothy John Billick, I; John Whitaker, Whitaker Law Group, Seattle, WA.

NEWMAN, REYNA, and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered,

it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**